```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATT FOSTER,

                                    Plaintiff,

            -against-

UNITED PARCEL SERVICE OF AMERICA, INC., UPS FREIGHT, INC, and TFORCE FREIGHT, INC.,

                                  Defendants.

7:18-cv-10294 (NSR)

7:19-cv-06501 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

       On June 25, 2025, the Court issued an Order to Show Cause directing Plaintiff Matt Foster to show cause in writing on or before July 9, 2025 as to why the related *Foster cases* should not be terminated and judgment entered in favor of the Defendants pursuant to Fed. R. Civ. P. 56. To date, the deadline expired 6 days ago, and Plaintiff has failed to respond to the Order to Show Cause.

       Accordingly, it is hereby

       ORDERED the related *Foster cases* are hereby terminated, and judgment is to be entered in favor of the Defendants pursuant to Fed. R. Civ. P. 56. The Clerk of Court is kindly directed to enter judgment in favor of the Defendants and terminate the related *Foster cases*.

Dated:   July 15, 2025
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge