**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MATT FOSTER,

                    Plaintiff,

-against-                                           18 **CIVIL** 10294 (NSR)
                                                               19 **CIVIL** 6501 (NSR)

                                                                      **JUDGMENT**

UNITED PARCEL SERVICE OF AMERICA,
INC., UPS FREIGHT, INC, and TFORCE
FREIGHT, INC.,

                    Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 15, 2025, the Court issued an Order to Show Cause on June 25, 2025 directing Plaintiff Matt Foster to show cause in writing on or before July 9, 2025 as to why the related Foster cases should not be terminated and judgment entered in favor of the Defendants pursuant to Fed. R. Civ. P. 56. To date, the deadline expired 6 days ago, and Plaintiff has failed to respond to the Order to Show Cause.  Accordingly, it is hereby ORDERED the related Foster cases are hereby terminated, and judgment is entered in favor of the Defendants pursuant to Fed. R. Civ. P. 56; accordingly, the cases are closed.

**Dated:**  New York, New York

      July 16, 2025

                                                                **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                                                 **BY:**

                                                                **Deputy Clerk**